# EXHIBIT 1







### THE JEWELL TRIGGER
(Patent No. 4671005)

**REMINGTON 700, 40X, ETC.
CUSTOM BENCHREST**





**JEWELL TRIGGERS, INC.**
3620 Hwy. 123
San Marcos, TX 78666
(512) 353-2999
(512) 392-0543 Fax

# THE JEWELL TRIGGER
## (Patent No. 4671005)

**REMINGTON 700, 40X, ETC.
CUSTOM BENCHREST**



## JEWELL TRIGGERS, INC.
3620 Hwy. 123
San Marcos, TX 78666
(512) 353-2999
(512) 392-0543 Fax

## I. GENERAL INFORMATION

Covered by 17 claims in Patent No. 457,1505, the unique geometry was designed to allow maximum sear adjustability in pull force, sear engagement, and overtravel without removing the action from the stock or the trigger from the action.

## II. MATERIALS

A. Internal parts are 3/16" 440C stainless steel, heat treated and tempered throughout to 58 Rockwell C scale.

B. Side plates are .050" aircraft grade 300 series stainless sheet steel.

C. All hardware, including through pins, main spring, retainers, and screws, are stainless steel.

## III. FEATURES

A. Modular design allows total disassembly for maintenance and cleaning.

B. The forward mounting spacer and a pin in the firing pin stop that operates in a hole in the left side plate allows the trigger to stay together as a single assembly when not installed.

C. The light load at the sear enables short, crisp, creep-free, and repeatable operation.

D. Installation: The mounting hole pattern allows use in most actions that utilize the Remington 700 type trigger.

E. Range of Adjustment:
 1. BR (Light Pull Competition Model): 1.5 oz. to 3.0 oz.
 2. HVR (Hunting/Varmint Model) with:
   a. Spring A: 8.0 oz. to 48.0 oz.
   b. Spring B: 2.0 oz. to 16.0 oz.
   c. Spring C: 1.5 oz. to 3.0 oz.

Note: Settings below those stated is not recommended.

## OPTIONS

1. Positive Cam Safety (BR or HVR):
   a. Bottom mounted lever, left or right.
   b. Top mounted lever (Rem. 700 type) left or right.
2. Bolt release lever, (Rem. 700 type) left or right.
3. Two-stage operation (HVR only).

## BR TRIGGER

The firing pin block (11) is held in the cocked position by the vertical alignment of upper lever (6) and lower lever (7) which is captured in the locked position by sear (5).

Rotation of the trigger shoe (4) misroutes sear (5) from the upper lever (6) allowing the upper lever (6) and lower lever (7) to collapse to a folded position (see Figure 2), allowing block (11) to fall, thus releasing the firing pin.

The levers (6) and (7) will stay in the collapsed position until the bolt is open, at which time spring (10) forces the levers (6) and (7) back to cocked position. Sear (5) is reset by rotation of the lever solar (8) on its pivot pin (13). It is maintained in a down loaded position by the end of spring (9).

FIG. 1. (COCKED)

FIG. 2. (FIRED)

## HVR TRIGGER

The firing pin block (11) is held in the cocked position by the vertical alignment of upper lever (6) and lower lever (7) which is captured in the locked position by sear (5).

Rotation of the trigger shoe (4) misroutes sear (5) from the upper lever (6) allowing the upper lever (6) and lower lever (7) to collapse to a folded position (see Figure 2), allowing block (11) to fall, thus releasing the firing pin.

The levers (6) and (7) will stay in the collapsed position until the bolt is open, at which time spring (10) forces the levers (6) and (7) back to cocked position. Sear (5) is reset by rotation of upper lever solar (8) on its pivot pin (13). It is maintained in a down loaded position by the end of spring (10).

## ADJUSTMENT PROCEDURES (BR and HVR)

The trigger has been adjusted for most applications when shipped. Personal preference, however, may require adjustment on one or more settings.

All adjustment screws are fitted with Nylon inserts to maintain their set positions. The use of external locking compounds is not required.

Screw (1) sets sear engagement (in = less sear engagement).
Screw (2) sets overtravel (in = more overtravel).
Screw (3) sets pull force (in = more pull force).

Initial Adjustment Procedure:
1. Ensure that rifle is unloaded !!!
2. Cock action, turn screw (1) inward until action fires. Back screw out approximately 3/4 turn.
3. Recock action, turn screw (2) out until it contacts tab (12). While applying pull on the trigger shoe, turn screw inward until action fires. Turn screw inward another 1/4 turn.
4. Recock action and measure pull force. Turn screw (3) in for more pull force or out for less pull force. Do not exceed specifications for pull settings.
5. Operate action for your particular method of shooting and adjust as needed.

Note: Rapid firing practices may require slightly more sear engagement or pull force to prevent unwanted firing.

Cleaning: Flush after each barrel cleaning with lighter fluid. The use of lubricants is not recommended.

FIG. 1. (COCKED)

FIG. 2. (FIRED)

I. GENERAL INFORMATION

Covered by 17 claims in Patent No. 4671005, the unique geometry was designed to allow minimum load at the sear engagement point and to provide maximum adjustability in pull force, sear engagement, and overtravel without removing the action from the stock or the trigger from the action.

II. MATERIALS

A. Internal parts are 3/16" 440C stainless steel, heat