IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNION PROPERTIES LLC, | § | |
|     Relator, | § | |
| | § | |
| v. | § | Civil Action No. A-11-CA-42-LY |
| | § | |
| JEWELL TRIGGERS, INC., | § | JURY TRIAL DEMANDED |
| BROWNELLS, INC., and | § | |
| BEDROCK INDUSTRIES, INC., | § | |
|     Defendants. | § | |

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BROWNELLS, INC.

Relator Union Properties LLC files its notice of voluntary dismissal of all claims against Defendant Brownells, Inc. under Federal Rule of Civil Procedure 41(a)(1)(A)(i). This notice of voluntary dismissal is not intended to dismiss any of Relator's claims against Defendants Jewell Triggers, Inc. or Bedrock Industries, Inc.

1. Relator is Union Properties LLC.

2. Defendants are Jewell Triggers, Inc., Brownells, Inc., and Bedrock Industries, Inc.

3. Relator brought this *qui tam* action on behalf of the United States against Defendants on January 14, 2011.

4. Relator has the authority to act on behalf of the United States and the general public pursuant to 35 U.S.C. § 292 for the purposes of this litigation.

5. Relator is in privity with the United States and the general public for the purposes of this litigation.

6. None of the Defendants have been served with process, and none have served an answer or a motion for summary judgment.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by an federal statute that requires a court order for dismissal of this case.

10. Relator has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

11. This dismissal of all claims against Defendant Brownells, Inc. is without prejudice to refiling.

Respectfully submitted,

/s/ James N. Willi
James N. Willi
Texas State Bar No. 00795719
Tracy J. Willi
Texas State Bar No. 00784633
WILLI LAW FIRM, P.C.
9600 Escarpment Blvd.
Ste. 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202

ATTORNEYS FOR RELATOR,
UNION PROPERTIES LLC